BERNARD P. WOLFSDORF
Wolfsdorf Rosenthal LLP
1416 2nd Street
Santa Monica, CA 90401
Tel: (310) 570-4088
bernard@wolfsdorf.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HARSHA BOJJA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UR JADDOU, Director, United States Citizenship and Immigration Services,<br><br>　　　　　　　Defendant. | 5:22-cv-04867-VKD<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE THE STAY OF PROCEEIDNGS; [PROPOSED] ORDER**<br><br>Re: Dkt. No. 23<br><br>Judge Virgina DeMarchi |

　　　Pursuant to the Court's Order, the parties submit this joint case management statement regarding the Ninth Circuit's decision in *Babaria v. Blinken*, 87 F.4th 963 (9th Cir. 2023). *See* Dkt. No. 25. On January 15, 2024, the Appellants in *Babaria v. Blinken*, No. 22-16700 (9th Cir.) filed a timely petition for panel rehearing or rehearing *en banc*. The Circuit Court denied that motion on March 4, 2024, giving Appellants until June 3, 2024 to file a petition for certiorari with the United States Supreme Court. The Appellants filed their petition for certiorari on May 31, 2024. *Babaria v.* Blinken, No. 23-1268 (May 31, 2024). The government's response is due on July 5, 2024. *Id.*

　　　Thus, the parties have conferred and hereby stipulate and respectfully request the Court to grant the following requests:

　　　1.　　The parties request that the Court stay the proceedings in this case until the latest of the following two possibilities:

　　　　　(a) the U.S. Supreme Court denies certiorari; or

　　　　　(b) the U.S. Supreme Court enters an order on the merits.

Joint Status Report and Stipulation
3:22-cv-05521-SI

2. Plaintiffs agree to provide the Court notice within 7 days of the U.S. Supreme Court denying certiorari; or the U.S. Supreme Court entering an order on the merits.

The parties respectfully request that the Court adopt the above-proposed schedule and enter a scheduling order reflecting the same.

Dated: June 17, 2024                    Respectfully submitted,[1]

                                        ISMAIL J. RAMSEY
                                        United States Attorney


                                         *s/ Elizabeth D. Kurlan*
                                        ELIZABETH D. KURLAN
                                        Assistant United States Attorney

                                        Attorneys for Defendant


Dated: June 17,, 2024

                                         *sBernard Wolfsdorf*
                                        BERNARD WOLFSDORF

                                        Attorneys for Plaintiff

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
3:22-cv-05521-SI

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The proceedings in this case remain stayed.

Date: June 18, 2024

*Virginia K. DeMarchi*
VIRGINIA DEMARCHI
United States Magistrate Judge

Joint Status Report and Stipulation
3:22-cv-05521-SI